# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:
Victor Plastics, Inc.,            Bky. No. 08-40171-DDO
           Debtor.            Chapter 7

Julia A. Christians, Trustee for the Bankruptcy
Estate of Victor Plastics, Inc.,

           Plaintiff,
           v.            Adv. Pro. No.09-04052

Welyn Enterprises, Inc.,
           Defendant.

## ORDER

The Court having been advised that the above-captioned adversary proceeding has been settled, with settlement payments to be made on an installment basis, it is not necessary that this adversary proceeding remain open. Accordingly, the adversary proceeding is **dismissed** without prejudice, subject to re-opening for entry of judgment in the event of default in payment of the settlement obligations.

Dated: October 22, 2009

/e/ Dennis D. O'Brien
Dennis D O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/22/2009*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk